UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GUADAGNINI,<br><br>    Plaintiff,<br><br>v.<br><br>SAMTRANS, et al.,<br><br>    Defendants. | Case No. 21-cv-02613-AGT<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' most recent joint case management statement at Dkt. 45, and having considered their respective positions regarding case scheduling, *see* Dkt. 33 at 12–13, the Court hereby sets the following schedule for further proceedings:

| | |
|---|---|
| Deadline to Add Parties and Amend Pleadings | July 31, 2022 |
| Expert Disclosures: | August 30, 2022 |
| Rebuttal Expert Disclosures: | September 19, 2022 |
| Deadline to Complete ADR Process: | September 30, 2022 |
| Expert Discovery Cutoff: | November 2, 2022 |
| Fact Discovery Cutoff: | November 2, 2022 |
| Deadline to File Dispositive Motions: | November 9, 2022 |
| Pretrial Conference: | To be determined |
| Trial: | To be determined |

The Court also grants the parties' request to continue the April 29, 2022 further case management conference to July 1, 2022, at 2:00 p.m. An updated joint case management statement is due on June 24, 2022.

**IT IS SO ORDERED.**

Dated: April 27, 2022

ALEX G. TSE
United States Magistrate Judge