1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    GIOVANNI GUADAGNINI,                    Case No.  21-cv-02613-AGT

8                 Plaintiff,
                                             **ORDER REGARDING ADR PROCESS**
9         v.                                 **SELECTION**

10   SAMTRANS, et al.,

11                Defendants.

12

13        The parties are directed to meet and confer to discuss selection of an ADR process.  More

14   information regarding the available ADR process options may be found on the Court ADR

15   Internet site at http://www.cand.uscourts.gov/adr.  By May 13, 2022, the parties must submit a

16   joint statement specifying which ADR process option they have selected, or, if they do not agree,

17   setting forth which option each party prefers.  The parties may also stipulate to an ADR process

18   using the form Stipulation and Proposed Order Selecting ADR Process, available at

19   https://www.cand.uscourts.gov/forms/, in lieu of filing a joint statement.

20        **IT IS SO ORDERED.**

21   Dated: April 27, 2022

22

23   _____

24   ALEX G. TSE
     United States Magistrate Judge

25

26

27

28